U.S. Department of Justice



United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 19, 2008

**By Facsimile**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

      Re:   United States v. Lisandra Luciano
            07 Cr. 1154 (SAS)

Dear Judge Scheindlin:

    I write respectfully on behalf of the Government in the above-referenced case, to request that Your Honor adjourn the next pretrial conference from March 20, 2008, at 3:30 p.m., to April 1, 2008, at 3:30 p.m. The defendant is expected to enter a guilty plea in Magistrate Court on April 1, 2008, at 11:00 a.m.

    I further respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from March 20, 2008, to April 1, 2008. Defense counsel, John Kaley, Esq., consents to this request.

    I appreciate the Court's consideration of these matters.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2390

cc:   John Kaley, Esq.
      By Facsimile

*[Handwritten annotation:]* Request granted. Conference adjourned to April 1 at 3:30 and time excluded. So Ordered. [signature] USDJ

TOTAL P.02