

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 3/31/08

**By Facsimile**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

    Re:    <u>United States v. Lisandra Luciano</u>
             07 Cr. 1154 (SAS)

Dear Judge Scheindlin:

    I write respectfully on behalf of the Government in the above-referenced case, to request that Your Honor adjourn the next pretrial conference from April 1, 2008, at 3:30 p.m., to April 15, 2008, at 3:30 p.m. I have spoken to Your Honor's Deputy Clerk, James Riley, who has advised me that this proposed time is available for the Court. The defendant is expected to enter a guilty plea in Magistrate Court on April 15, 2008, at 12:00 p.m.

    I further respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from April 1, 2008, to April 15, 2008. Defense counsel, John Kaley, Esq., consents to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _John P. C_____
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2390

*Request granted.*
*The conference is adjourned*
*to April 15, 2008 at 3:00 p.m.*
*Time is excluded.*
*So Ordered.*

cc:  John Kaley, Esq.
     By Facsimile

March 31, 2008