# DOAR RIECK KALEY & MACK

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA
PAUL E. MINNEFOR

ATTORNEYS AT LAW



ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com

April 17, 2008

Via Facsimile to 212-805-7920

Hon. Shira A. Schneindlin
United States District Judge
500 Pearl Street
New York, New York 10002

Re: United States v. Lisandra Luciano
Docket No. 07 CR 1154

Dear Judge Scheindlin:

      I represent the defendant Lisandra Luciano in the above-referenced matter. I am writing to request that Ms. Luciano's bail conditions be modified to permit her to travel to and from her home in New York to Puerto Rico for the period May 1, 2008 through May 12, 2008. In order to make the trip, Ms. Luciano also will need to retrieve her passport from the Pre-trial Services Officer who is supervising her release. AUSA John Cronan does not object to this bail modification.

      Upon her arraignment on the instant indictment on Decebmer 19, 2007, Ms. Luciano was released on a $10,000 Personal Recognizance Bond, with travel restricted to the Southern and Eastern Districts of New York. In addition, Ms. Luciano surrendered her passport and was placed on regular Pre-trial Services supervision. I anticipate that Ms. Luciano will be entering a guilty plea before Magistrate Judge Eaton on Tuesday, April 22, 2008 at 12:00 noon.

      Ms. Luciano's mother resides in Puerto Rico and Ms. Luciano would like to visit with her. Ms. Luciano proposes to leave her home in New York on May 1, 2008 and return to New York on May 12, 2008. While in Puerto Rico, Ms. Luciano will be staying with her mother, Ms. Doris Dume, at Urbanization Monteverde, Calle G 425, Toa Alta, Puerto Rico 00957 and may be reached at 787-730-3875. In order to make the trip Ms. Luciano will need Pre-trial Services to release her passport to her. Ms. Luciano will return the passport to Pre-trial Services upon her return home.

Hon. Shira A. Schneindlin
April 17, 2008
Page 2

As noted above, Assistant United States Attorney John Cronan has authorized me to advise the Court that he does not object to the bail modification sought herein.

Thank you for your consideration of this request.

Respectfully yours,

John F. Kaley

cc:   AUSA John Cronan
      Via facsimile to 212-637-2390

Defendant's request is granted. Defendant may travel to Puerto Rico from May 1 to May 12, 2008. Pre-trial Services is directed to return defendant's passport. Defendant shall surrender her passport to pre-trial services upon her return.

SO ORDERED:

Date: New York, New York
      April 17, 2008

Shira A. Schendlin
U.S.D.J.