UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

        - v. -                    :        ORDER

LISANDRA LUCIANO,                    :        07 Cr, 1154 (SAS)

          Defendant.         :

- - - - - - - - - - - - - - - - - x

WHEREAS, with the defendant's consent, her guilty plea allocution was taken before the Honorable Douglas F. Eaton, on April 22, 2008;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Counts One, Two, and Three of Indictment 08 Cr. 1154 (SAS) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated:    April ___, 2008

       June 3

The Honorable Shira A. Scheindlin
United States District Judge